UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Gregory Starkie                  Docket No. 4:14-CR-26-1BO

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gregory Starkie, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), and Distribution of a Quantity of Heroin and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 18, 2014, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

On May 10, 2017, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the defendant's sentence was reduced to 66 months. Gregory Starkie was released from custody on August 20, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for cocaine and morphine use on August 28, 2018, and the results were confirmed by Alere laboratory on September 1, 2018. On September 10, 2018, the defendant signed an admission of drug use statement acknowledging the validity of the results. The defendant received a verbal reprimand for his drug use and was counseled about his actions. The defendant has agreed to participate in substance abuse treatment at East Coast Counseling, and he will participate in the Surprise Urinalysis Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield                   /s/ Taron N. Seburn
Dwayne K. Benfield                       Taron N. Seburn
Supervising U.S. Probation Officer       U.S. Probation Officer
                                                     201 South Evans Street, Rm 214
                                                     Greenville, NC 27858-1137
                                                     Phone: 252-830-2335
                                                     Executed On: September 10, 2018

Gregory Starkie
Docket No. 4:14-CR-26-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __11__ day of __September__, 2018, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge